LEONARD G. QUINLIN et al., Respondents, *v.* AARON RAYMOND, Appellant.

(Submitted December 6, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made December 6, 1886, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*Ira D. Warren* for appellant.

*Henry A. Root* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ROBERT L. CARPENTER, Appellant, *v.* ORVILLE O. JONES et al. Respondents.

(Submitted December 6, 1889 ; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Phillips & Avery* for appellant.

*Randolph H. Cole* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.